**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Anthony PETERSON, Defendant–Appellant.**

No. 15–6055.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 17, 2015.

John Anthony Peterson, Appellant Pro Se. Kristine L. Fritz, Office of the United States Attorney, Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Anthony Peterson appeals the district court's order denying his motion for a new trial and related motions. *See* Fed. R.Crim.P. 33. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Peterson*, No. 4:07–cr–00045–BR–1 (E.D.N.C. Dec. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*